Thank you for bringing your hand to the floor. It's all so hot today. I'd like to reserve a couple of minutes of your time. As you are able to hear me, it was the main purpose of this presentation, to try to see why the citizens who are subject to abuse are enforced on all their homes and communities. And to promote the presentation, I understand that this is Section 161B, and I'm saying this really for a positive purpose, and for you to make sure that it's important for you to have the follow three conditions, which are the substantive requirements. Number one, you have to have some clearance, to have some disclosure, and number two, you have to be ready. Clearances do not consist of solely disclosure. They add to your substance abuse. You can't carry authorization in the same document as disclosure. The other secondary requirement, which is substantive, is you have to give your consent. You have to give consent, because if you do require consent, it's up to us to hear if you have a violation of the sole and substantive violation. And I will make the mention of that in a moment. The issue here is that, during disclosure efforts, any reasonable interpretation of the statute or language can get raised as a matter of law, and it's not a lawful instance, but it's an indefinite provision that the statute is personally determined to carry. The demonstration is supposed to take place during the time of the decision, so it's not a lawful demonstration. And so, as a matter of law, of course, there's a way, there's a culture, you can find that this is a criminal violation because consistent sole use is a crime. And if you're just doing that to save yourself, it's an irresistible process, and it's an issue that's not an education for all of you. You can't start this at home. You can't do it on the side. You can't have disclosure. We are attempting to know, and we can reduce, the facility setting of a federal law. What are you going to do about this? And so, this is not a standard proposal. This is not a standard proposal. It's not a standard proposal. It's not a standard proposal. It's a consistent lawful instance. And it's a part of the responsibility of evaluating and judging whether it's a lawful or not. If you have a lawful authority, then that's what you're saying. I don't believe that it's consistent. So, I appreciate your concern, but in a sense, it's a different set of situations. You could say, for example, on the requirement that the authorization be granted, you say, well, it will be in evidence, and the guy totally is not recording that. He doesn't say, I authorize you. You read it somewhere. You charted it. It's something that you basically said, and it's being recorded. It's okay. Okay, well, the extension is there, but it can't be granted. So, it's open to us to counsel. Yes. I think number one, you need to have a vocal decision on this. It's a very important issue. There's a need to speak up and say, okay, there's a reputation here. There's some plausible, but it's difficult. There's a tendency to be in the statute itself, but you're excited. You're at the bottom of this. It's important. And it has taken a long time. It's been a long time. Without you knowing, but there's been a lot of us that don't make it easy. All they make it easy is putting their reputation at the end of their opinion. It's very fast. So, it's difficult. If you don't make it easy for all the people around you, it's not easy. So, how are you going to overcome that? Very easy. I have trouble really understanding. I'm very interested. I just need to speak up. I understand it's difficult to lay down for example that becoming subject to the CRA is not an act of reprobation or an act of repatriation. It's not only a violation under a reasonable reading of the statute's terms, which is where your argument is at, but it shows that there is, in the grant, a risk of violating the law. The statute writer has a reasoning associated with the reading that is merely careless. Well, I regret to say that you didn't question how that CRA is subject to the CRA. Why? Well, I think that it's important to speak up. It's better off if this interpretation is a matter of law. Although, we don't have any evidence to counter interpretation laws. Because I agree that it's better off and I think that if the issue of substance abuse and whether it's only is a matter of law, then it's better off to bring the claim that it's a crime and it's a crime. Because, you know, we don't want this issue to appear in here, especially in this case. It's clear that we don't have a one-to-eleven interpretation of the United States Constitution. It's already a violation. I mean, why do you file this case? I mean, it's knowing and it's law. So, I'll tell you that we're not going to disreport disregard our express allegations for real actions. We did know that it was contrary to the standard of the letters posted and contrary to their decisions. It was contrary to the express language of the statute. It's clear that it was there was no constitutional final decision on the allegations which must be accepted as true. So, Tennessee has looked at this and has avoided some of this decision. We're not trying to disreport it. We're looking at each country from here subjectively for example. We will certainly testify in specific instances. We're here. We are as here. The statutory tests and all the court agency tests allow for more than one interpretation. It's quite interesting for me to see that in the early 2000s one such interpretation is no longer referenced as being available. So, the point here is that we have to have alternatives. Alternatives have to be objective and reasonable. Otherwise, it's subjective. So, that's the case law is there today. It's always a way to break these behaviors because you say it's objective and reasonable, but it's subjective. We would say that we still have to prove the rulefulness. Well, I think what's important, I think, is to prove the case following the summary judgment that the rulefulness matter in the case law. So, that's true. The summary judgment was based on the fact that the schedule is clear and there's nothing that's justified or reasonable interpretation saying. And the rulefulness that
judges: Schroeder, Wardlaw, Owens